| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 3 | PAMELA T. JOHANN (CSBN 145558)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-7025<br>FAX: (415) 436-6748 |
| 7 | pamela.johann@usdoj.gov |
| 8 | Attorneys for Defendant United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHESTER DIGIROLAMO, | ) | No. 3:16-cv-06946-LB |
| | ) | AMENDED |
| Plaintiff, | ) | **STIPULATED REQUEST TO REVISE CASE** |
| | ) | **MANAGEMENT DATES AND CONTINUE** |
| v. | ) | **CASE MANAGEMENT CONFERENCE AND** |
| | ) | **[~~PROPOSED~~] ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to stipulation of the parties and Court Order dated February 2, 2018, Dkt. No. 34, the parties submit this Stipulated Request to Revise Case Management Dates and to Continue the Case Management Conference.

1. The parties have met and conferred regarding the need for a further case management conference and have agreed that, apart from an adjustment to the several of the case management dates, there is no need for a further case management conference at this time.

2. The parties agree that a bifurcation of liability and damages discovery remains in the best interest of case management efficiency, but the convenience of the plaintiff and third party deponents dictates that some of the damages discovery be completed concurrently with liability discovery. Accordingly, the parties agree that a modification to the case management schedule is appropriate.

3. Subject to the Court's approval, the parties have agreed upon the following modifications to the case management schedule and jointly request that the Court modify the schedule accordingly:

STIPULATION RE CASE MANAGEMENT DATES AND CONFERENCE AND [PROPOSED] ORDER
3:16-cv-06946-LB         1

| Case Event | Current Date | Proposed Date |
|---|---|---|
| Non-expert discovery completion date (liability) | April 20, 2018 | November 26, 2018 (same as non-expert damages discovery) |
| Expert disclosures (liability) | May 4, 2018 | June 15, 2018 |
| Rebuttal expert disclosures (liability) | May 18, 2018 | June 29, 2018 |
| Expert discovery completion (liability) | June 8, 2018 | July 13, 2018 |
| Last hearing date for dispositive motions (liability) / Further CMC | August 16, 2018 at 9:30 a.m. / 11:00 a.m. | September ~~7~~ 13, 2018 |

The remaining dates in the Case Management Order, Dkt. No. 29, remain the same.

4. The parties further agree that, subject to the Court's approval of the above case management date modifications, the Case Management Conference scheduled for April 5, 2018, is not necessary at this time, and the parties request that the Court continue the conference to such later date as the Court deems appropriate.

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

DATED: March 29, 2018      Respectfully submitted,

ALEX G. TSE

Acting United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant United States of America

DATED: March 29, 2018      LAW OFFICES OF BRIAN L. LARSEN

*/s/ Thuy M. Le*
THUY M. LE

Attorneys for Plaintiff Chester DiGirolamo

# [~~PROPOSED~~] CASE MANAGEMENT ORDER

Pursuant to stipulation of the parties and good cause appearing therefor, it is hereby ordered that the Case Management Order dated October 12, 2017, Dkt. No. 29, is revised as follows:

| Case Event | Filing Deadline/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | November 26, 2018 |
| Expert disclosures (liability) | June 15, 2018 |
| Rebuttal expert disclosures (liability) | June 29, 2018 |
| Expert discovery completion (liability) | July 13, 2018 |
| Last hearing date for dispositive motions (liability) / Further Case Management Conference | September ~~7~~ 13, 2018 at 9:30 a.m./11:00 a.m. |

It is further ordered that the Case Management Conference scheduled for April 5, 2018, is continued until ___June 7, 2018___ The parties must notice the motion for 9/13/2018 at 9:30 a.m.

Dated: ___March 29, 2018___

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge